BECK & LEE TRIAL LAWYERS
JARED H. BECK (233743)
ELIZABETH LEE BECK (233742)
66 West Flagler Street, Suite 1000
Miami, FL 33130
Telephone:    305 789 0072
Facsimile:      786 664 3334
jared@beckandlee.com
elizabeth@beckandlee.com

Counsel for Plaintiff and the Proposed Classes

SQUIRE SANDERS (US) LLP
MARK C. DOSKER (114789)
JOSEPH P. GRASSER (255156)
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone:    415 954 0200
Facsimile:     415 393 9887
mark.dosker@squiresanders.com
joseph.grasser@squiresanders.com

Attorneys for Defendant
Yakult U.S.A., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH BAHN, on Behalf of Herself and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>YAKULT HONSHA CO., LTD.; YAKULT S.A. DE C.V., and YAKULT U.S.A. INC.,<br><br>    Defendants. | Case No: CV 12-01634 LHK<br><br>Class Action<br><br>**STIPULATION TO EXTEND THE TIME WITHIN WHICH TO FILE OPPOSITION AND REPLY REGARDING DEFENDANT'S MOTION TO DISMISS, OR FOR PLAINTIFF TO AMEND THE COMPLAINT**<br><br>Civ. L.R. 6-2 |

STIPULATION TO EXTEND THE TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS
OR AMEND THE COMPLAINT

Plaintiff Elizabeth Bahn ("Plaintiff") and Defendant Yakult U.S.A. Inc. ("Defendant"), by and through their respective undersigned counsel, hereby stipulate that Plaintiff may have a 30 day extension of time through and including July 23, 2012 within to file her Opposition to Defendant's Motion to Dismiss, or in the Alternative, Strike, Plaintiff Elizabeth Bahn's Complaint [D.E. 12] ("the Motion") or amend the complaint, and that if Plaintiff files an Opposition to the Motion then Defendant may have an extension of time through and including August 3, 2012 within which to file its Reply in support of the Motion.  The Motion hearing date and time remain unchanged -- September 27, 2012 at 1:30 p.m.  The declarations required by Civil Local Rule 6-2(a) are attached hereto.

IT IS SO STIPULATED.

Dated: June 20, 2012                                        BECK & LEE TRIAL LAWYERS

                                                            By: */s/ Jared H. Beck*
                                                                Jared H. Beck

                                                            Attorneys for Plaintiff


Dated: June 20, 2012                                        SQUIRE SANDERS (US) LLP

                                                            By: */s/ Mark C. Dosker*
                                                                Mark C. Dosker

                                                            Attorneys for Defendant
                                                            YAKULT U.S.A. INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____, 2012                              _____
                                                            Hon. Lucy H. Koh
                                                            United States District Judge

1

STIPULATION TO EXTEND THE TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR AMEND THE COMPLAINT

I, Elizabeth Lee Beck, declare as follows:

1. I am an attorney at law licensed to practice before this Court, before all other federal and state courts located in the State of California, and before multiple other state and federal courts. I am a partner in the law firm of Beck & Lee, P.A. I am one of the attorneys representing Plaintiff Elizabeth Bahn ("Plaintiff") in the above-captioned action. The matters set forth below are within my personal knowledge, and if called upon as a witness, I could and would testify competently thereto.

2. The reason for the requested enlargement of time for Plaintiff to respond to Defendant Yakult U.S.A., Inc.'s Motion to Dismiss, or in the Alternative, Strike, Plaintiff Elizabeth Bahn's Complaint [D.E. 12] ("the Motion") or amend the complaint is to provide Plaintiff's counsel with adequate time to formulate a proper response or prepare an amended complaint. Furthermore, I am currently undergoing medical treatment and will be having major surgery in the coming week.

3. The only previous time modifications in the case are as set forth above and the initial extension of time for Defendant Yakult U.S.A., Inc. to respond to the complaint, as shown in the Court's docket. This is Plaintiff's first prayer for an extension of time in this case.

4. This requested time modification would have no effect on the schedule for the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 20, 2012 at Miami, Florida.

*/s/     Elizabeth Lee Beck*
Elizabeth Lee Beck

2
STIPULATION TO EXTEND THE TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR AMEND THE COMPLAINT

I, MARK C. DOSKER, declare as follows:

1. I am an attorney at law licensed to practice before this Court, before all other federal and state courts located in the State of California, before the Supreme Court of the United States of America, and before multiple other federal courts. I am a partner in the law firm of Squire Sanders (US) LLP. I am one of the attorneys representing Defendant Yakult U.S.A. Inc. ("Yakult USA") in the above-captioned action. The matters set forth below are within my personal knowledge, and if called upon as a witness, I could and would testify competently thereto.

2. The reason for the requested enlargement of time for Yakult USA's Reply on the pending Motion is that, if Plaintiff's requested enlargement of time for Plaintiff's Opposition on the pending Motion is granted, then the time to work on Yakult USA's Reply would fall during a time when I expect to be on family travel.

3. The only previous time modifications in the case are as set forth above and the initial extension of time for Yakult USA to respond to the complaint, as shown in the Court's docket.

4. This requested time modification would have no effect on the schedule for the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 20, 2012 at San Francisco, California.

*/s/    Mark C. Dosker*
Mark C. Dosker

3
STIPULATION TO EXTEND THE TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR AMEND THE COMPLAINT