BECK & LEE TRIAL LAWYERS
JARED H. BECK (233743)
ELIZABETH LEE BECK (233742)
66 West Flagler Street, Suite 1000
Miami, FL 33130
Telephone:    305 789 0072
Facsimile:     786 664 3334
jared@beckandlee.com
elizabeth@beckandlee.com

Counsel for Plaintiff and the Proposed Classes

SQUIRE SANDERS (US) LLP
MARK C. DOSKER (114789)
JOSEPH P. GRASSER (255156)
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone:    415 954 0200
Facsimile:     415 393 9887
mark.dosker@squiresanders.com
joseph.grasser@squiresanders.com

Attorneys for Defendant
Yakult U.S.A., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH BAHN, on Behalf of Herself and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>YAKULT HONSHA CO., LTD.; YAKULT S.A. DE C.V., and YAKULT U.S.A. INC.,<br><br>        Defendants. | Case No: CV 12-01634 LHK<br><br>Class Action<br><br>**STIPULATION TO EXTEND THE TIME WITHIN WHICH TO FILE OPPOSITION AND REPLY REGARDING DEFENDANT'S MOTION TO DISMISS, OR FOR PLAINTIFF TO AMEND THE COMPLAINT**<br><br>Civ. L.R. 6-2 |

Plaintiff Elizabeth Bahn ("Plaintiff") and Defendant Yakult U.S.A. Inc. ("Defendant"), by and through their respective undersigned counsel, hereby stipulate that Plaintiff may have a 30 day extension of time through and including July 23, 2012 within to file her Opposition to Defendant's Motion to Dismiss, or in the Alternative, Strike, Plaintiff Elizabeth Bahn's Complaint [D.E. 12] ("the Motion") or amend the complaint, and that if Plaintiff files an Opposition to the Motion then Defendant may have an extension of time through and including August 3, 2012 within which to file its Reply in support of the Motion.  The Motion hearing date and time remain unchanged -- September 27, 2012 at 1:30 p.m.  The declarations required by Civil Local Rule 6-2(a) are attached hereto.

IT IS SO STIPULATED.

Dated: June 20, 2012                             BECK & LEE TRIAL LAWYERS

                                                 By: */s/ Jared H. Beck*
                                                      Jared H. Beck

                                                 Attorneys for Plaintiff


Dated: June 20, 2012                             SQUIRE SANDERS (US) LLP

                                                 By: */s/ Mark C. Dosker*
                                                      Mark C. Dosker

                                                 Attorneys for Defendant
                                                 YAKULT U.S.A. INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: July 20, 2012                             *Lucy H. Koh*
                                                 Hon. Lucy H. Koh
                                                 United States District Judge

---

1

STIPULATION TO EXTEND THE TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR AMEND THE COMPLAINT